**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Imports, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50215

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1-800 Radiator P.O. Box 2786 Amarillo, TX 79105 | 800-381-3688 | Parts | | | | $1,549.00 |
| Advantage Supply P.O. Box 471103 Fort Worth, TX 76147 | 806-280-1846 | Office Supplies | | | | $6,568.47 |
| Alsco Inc. 404 N. University Lubbock, TX 79415 | Jim McIntire jmcintire@alsco.com 806-762-8751 | Laundry Service | | | | $981.27 |
| American Tire Distribution 8814 Senator Circle Wolfforth, TX 79382 | 704-992-2000 | Tires | | | | $6,564.89 |
| Auto Plus 3319 82nd St. Lubbock, TX 79423 | 806-797-7777 | Parts | | | | $2,237.80 |
| Auto Trim & UP Fischer Auto Glass 6832 Wayne Ave., Suite F Lubbock, TX 79424 | 806-794-8500 | Professional Services | | | | $1,800.00 |
| Auto Zone Stores, Inc. P.O. Box 116067 Atlanta, GA 30368-6067 | 901-495-6500 | Parts | | | | $1,219.52 |
| CND Body Works 8809 Valencia Ave. Lubbock, TX 79424 | cndbodyworks@yahoo.com 806-771-9192 | Profesional Services | | | | $17,046.08 |
| Digicut Systems 7700 E. 38th St. Tulsa, OK 74145 | 918-622-4725 | Tint | | | | $1,119.02 |

Debtor  Reagor-Dykes Imports, LP                                   Case number (if known)  18-50215
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Discount Tire Company P.O. Box 29851 Phoenix, AZ 85038-9851 | 602-996-0201 | Parts | | | | $1,400.00 |
| Earl Owen Company 1235 West Trinity Mills Rd. Carrollton, TX 75006 | 469-892-2424 | Parts | | | | $7,673.45 |
| Frontier Dodge 5801 Spur 327 Lubbock, TX 79424 | 806-798-4500 | Parts | | | | $3,370.55 |
| Gene Messer 6161 Rothway Street Houston, TX 77040 | 713-647-5700 | Parts | | | | $6,598.54 |
| O'Reilly Auto Parts P.O. Box 9464 Springfield, MO 65801-9464 | 417-862-2674 | Parts | | | | $5,081.32 |
| Quantumlinq Computing P.O. Box 6682 Lubbock, TX 79493 | Danny 806-773-4871 | Profesional Services | | | | $1,601.37 |
| R&D Cleaning & Floor Service 7420 Glove Ave. Lubbock, TX 79404 | Robert Lee 806-370-6198 | Professional Services | | | | $4,871.25 |
| Scoggin Dickey Buick GMC P.O. Box 64910 Lubbock, TX 79464 | Dave Zwiacher 806-589-0021 | Parts | | | | $3,388.20 |
| South Plains Towing LLC P.O. Box 64368 Lubbock, TX 79464 | 806-281-0009 | Profesional Services | | | | $1,695.00 |
| UPS Lockbox 577 Carol Stream, IL 60132 | 800-742-5877 | Shipping | | | | $985.17 |
| West Texas Pal, Inc. P.O. Box 131809 Spring, TX 77393 | 281-363-3442 | Professional Services | | | | $2,100.00 |